UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. QUINCY LEWIS, Criminal No. 15-485 (SDW)

## PETITION FOR WRIT OF HABEAS CORPUS

1. **QUINCY LEWIS, DOB 10/18/1984, SBI # 683232C** is now confined at the Essex County Jail.

2. Said individual will be required at U.S. District Court, Newark, New Jersey, before the Hon. Susan D. Wigenton, on Monday, October 19, 2015, at 11:00 a.m., for his **Arraignment** in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: October 13, 2015

/s/ Meredith Williams
MEREDITH WILLIAMS
Assistant United States Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: October 13, 2015

Hon. Susan D. Wigenton, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Essex County Jail:
WE COMMAND YOU that you have the body of

**QUINCY LEWIS, DOB 10/18/1984, SBI # 683232C**

now confined at the Essex County Jail, brought before the United States District Court, the Hon. Susan D. Wigenton, U.S. District Judge, at the U.S. Courthouse in Newark, NJ, on Tuesday, October 19, 2015 at 11:00 a.m., so that he may have his **Arraignment** in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Susan D. Wigenton
United States District Judge
Newark, New Jersey.

DATED: October 13th, 2015

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: Carmen D. Soto
Deputy Clerk